Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jose Andrade, et al.<br><br>Defendants. | CASE NO. CV 05-05004 JW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE ANDRADE AND ROSA MIRTALA ANDRADE, individually and d/b/a PEPES TAQUERIA A/K/A PEPE'S TAQUERIA II |

IT IS HEREBY STIPULATED by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants JOSE ANDRADE and ROSA MIRTALA ANDRADE, that the above-entitled action is hereby dismissed **without prejudice** against JOSE ANDRADE and ROSA MIRTALA ANDRADE subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by August 15, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

STIPULATION OF DISMISSAL
CV 05-5004 JW
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: September 27, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated:

<u>PLEASE SEE ATTACHED</u>
**LAW OFFICES OF CYNTHIA L. COX**
By: Cynthia L. Cox, Esquire
Attorneys for Defendants JOSE ANDRADE AND ROSA MIRTALA ANDRADE, individually and D/B/A PEPES TAQUERIA A/K/A PEPE'S TAQUERIA II

IT IS SO ORDERED:

_[signature: James Ware]_

The Honorable James Ware
United States District Court
Northern District of California

Dated: 10/02/06

STIPULATION OF DISMISSAL
CV 05-5004 JW
PAGE 2

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

Dated: September 27, 2006

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated: 9/29/06

LAW OFFICES OF CYNTHIA L. COX
By: Cynthia L. Cox, Esquire
Attorneys for Defendants JOSE ANDRADE AND ROSA MIRTALA ANDRADE, individually and d/b/a PEPES TAQUERIA A/K/A PEPE'S TAQUERIA II

IT IS SO ORDERED:

Dated: _____

The Honorable James Ware
United States District Court
Northern District of California

# PROOF OF SERVICE (BY FAX & OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 27, 2006, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE ANDRADE AND ROSA MIRTALA ANDRADE, individually and d/b/a PEPES TAQUERIA A/K/A PEPE'S TAQUERIA II**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Cynthia L. Cox, Esquire          Attorneys for Defendants
Law Offices of Cynthia L. Cox
1212 Broadway, Suite 1400
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 27, 2006, at South Pasadena, California.

Dated: September 27, 2006

_____
INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 05-5004 JW
PAGE 3